


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY F. PLAIDEAU<br>AND FRANCIS PLAIDEAU | CIVIL ACTION |
| VERSUS | NO. 00-2057 |
| DAIMLER CHRYSLER CORPORATION<br>AND DOLLAR RENT A CAR<br>SYSTEMS, INC. | SECTION: "B"(4) |

## AMENDED FINAL JUDGMENT

The Court granted the Defendant Daimler Chrysler Corporation's Motion for Summary Judgment on March 27, 2001. The Court also granted Defendant Dollar Rent A Car Systems, Inc.'s Motion to Dismiss for failure to state a claim on September 14, 2000. Entry of a final judgment regarding the dismissal of the defendants from this litigation is proper because the Court's orders dismissed all claims against the defendants. Accordingly, for the reasons provided in this Court's opinion of September 14, 2000 and March 27, 2001,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in **favor** of Defendants DaimlerChrysler Corporation and Dollar Rent A Car Systems, Inc., and **against** Plaintiffs Gregory and Francis Plaideau

New Orleans, Louisiana, this 9th day of April, 2001.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 1 0 2001